PROB 35 (ED/CA)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No:   0972 2:07CR00429-001 |
| ) | |
| GEORGE HAMILTON BAILES ) | |
| ) | |

On May 17, 2010, the above-named was placed on Probation for a period of 60 months.

The probationer has complied with the rules and regulations of Probation and is no longer in need of supervision.  It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:   December 9, 2013
            Roseville, California
            JAF:aph

                      /s/ Michael A. Sipe
**REVIEWED BY:**   **MICHAEL A. SIPE**
                      **Supervising United States Probation Officer**

1

PROB 35 (ED/CA)

**Re: BAILES, George Hamilton**
   **Docket No:   0972 2:07CR00429-001**
   <u>**Report and Order Terminating Probation**</u>
   <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that George Hamilton Bailes be discharged from Probation, and that the proceedings in the case be terminated.

| | |
|---|---|
| December 9, 2013 | /s/John A. Mendez for |
| **Date** | **HONORABLE WILLIAM B. SHUBB**<br>    **United States District Judge** |

Attachment:   Recommendation

cc:   First AUSA – Phillip A. Talbert
      FLU Unit – United States Attorney's Office
      Fiscal Clerk – Clerk's Office

2

Rev. 05/2013
EARLY TERMINATION ~   ORDER (PROB35).DOTX